IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSICA ANNE MARIE FOUST,

       Plaintiff,

  v.

STATE OF OREGON; REYES,
Superintendent of TRCI; RUMSEY,
Assistant Superintendent of Security;
CAPT. ARCHER, TRCI,

       Defendants.

Civ. No. 2:23-cv-01228-AP

**JUDGMENT**

This action is DISMISSED.

DATED: 3/12/2026

Melissa Aubin, Clerk

By    /s/ C. Kramer
      Deputy Clerk

1 –JUDGMENT